**TRIBUNE–REVIEW PUBLISHING COMPANY, and WPXI, Respondents**

v.

**DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOP-MENT, Petitioner.**

Supreme Court of Pennsylvania.

March 8, 2002.

### ORDER

PER CURIAM:

AND NOW, this 8th day of March, 2002, the petition for allowance of appeal is here-by granted. The order of the Commonwealth Court is vacated and the matter is remanded for reconsideration in light of *LaValle v. Office of General Counsel*, 564 Pa. 482, 769 A.2d 449 (2001).

**Gerald CRISWELL, III and Tracey Criswell, et ux., Petitioners,**

v.

**David S. KING, Respondent.**

Supreme Court of Pennsylvania.

March 12, 2002.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of March, 2002, the Petition for Allowance of Appeal is granted limited to the following issue:
Whether Petitioner was required to object to the verdict prior the discharge of the jury where the verdict was not inconsistent?

**GREENFIELD TOWNSHIP MUNICIPAL AUTHORITY, Respondent,**

v.

**GORDON L. DELOZIER, INC., Petitioner.**

Supreme Court of Pennsylvania.

March 19, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of March 2002, **WE GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issue:

Whether, pursuant to the terms of this contract, attachment of Exhibit GC–A indicates that the parties agreed to submit to arbitration, or whether an additional writing was necessary to invoke the alternative dispute resolution provisions referenced in the contract documents?

This matter is to be **SUBMITTED ON BRIEFS.**

Mr. Justice EAKIN did not participate in the consideration or decision of this matter.